Laurie A Albright

                                        Plaintiff,

v.                                                      Case No.: 1:19−cv−04853
                                                        Honorable Franklin U. Valderrama

American Greetings Corporation, et al.

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, December 18, 2023:

        MINUTE entry before the Honorable Heather K. McShain: Based on email communications with counsel, the Court now reports that the remaining parties, plaintiff and defendant American Greetings Corporation, have reached a settlement and, as a result, the entire case has now settled. The off−the−record call set for 12/18/2023 [137] is stricken. The Court commends the parties and their counsel for their reasonableness and diligence displayed throughout the settlement negotiations. All matters related to the referral completed, the referral is closed. Mailed notice. (pk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.