THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LAURIE ALBRIGHT ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> AMERICAN GREETINGS CORPORATION, ) <br> et al. ) <br>     Defendant. ) | No. 19 C 4853 <br> JURY DEMAND <br><br> Hon. Franklin U. Valderrama <br> Hon. Heather K. McShain |

## JOINT STATUS REPORT

Pursuant to Dkt. No. 135,[1] Plaintiff Laurie Albright and defendant Richard Carlson submit this Joint Status report.

1. The parties have exchanged and finalized a written settlement agreement and anticipate filing a stipulation of dismissal within approximately 14 days.

2. The delay in finalizing the settlement occurred, in part, because the settlement agreement required a modification after the remaining parties settled the remainder of the case. (*See* ECF Dkt. 138.) The modification was agreed by the parties on December 21, 2023.

Respectfully submitted,

| | |
|---|---|
| Jeffrey R. Kulwin <br> Kulwin, Masciopinto & Kulwin, LLP <br> 161 North Clark Street Suite 2500 <br> Chicago, IL 60601 <br> jkulwin@kmklawllp.com <br><br> *Counsel for plaintiff Laura Albright* | Heather L. Kramer <br> Rathje Woodward LLC <br> 300 E. Roosevelt Road <br> Suite 300 <br> Wheaton, IL 60187 <br> hkramer@rathejewoodward.com <br><br> *Counsel for defendant Richard Carlson* |

---

[1] This Status Report was due December 21, 2023. Plaintiff's counsel apologizes to the Court for the one-day delay in filing the status report. The parties communicated their agreement to the status report by December 21, 2023, however, Plaintiff's counsel was unable to electronically file it until December 22.

CERTIFICATE OF SERVICE

I, Jeffrey R. Kulwin, an attorney, hereby certify that the attached pleading was served upon all counsel of record via ECF filing on December 22, 2023.

/s/ Jeffrey R. Kulwin

128955161v1