THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LAURIE ALBRIGHT | ) | No. 19 C 4853 |
| | ) | |
| Plaintiffs, | ) | JURY DEMAND |
| | ) | |
| v. | ) | |
| | ) | Hon. Franklin U. Valderrama |
| AMERICAN GREETINGS CORPORATION, et al. | ) | Hon. Heather K. McShain |
| | ) | |
| | ) | |
| Defendants. | ) | |

STIPULATION OF DISMISSAL

Plaintiff Laurie Albright and Defendants American Greetings Corporation and Richard Carlson, through counsel, hereby agree and stipulate under Federal Rule of Civil Procedure 41(a)(1)(ii) that this matter be dismissed with prejudice pursuant to the terms of written settlement agreements with the parties bearing their own fees and costs.

Respectfully submitted,

| | | |
|---|---|---|
| Jeffrey R. Kulwin<br>Kulwin, Masciopinto & Kulwin, LLP<br>161 North Clark Street<br>Suite 2500<br>Chicago, IL 60601<br>jkulwin@kmklawllp.com<br><br>*Counsel for plaintiff Laura Albright* | John M. Riccione<br>Taft Stettinius & Hollister LLP<br>111 East Wacker Drive<br>Suite 2600<br>Chicago, IL 60601<br>jriccione@taftlaw.com<br><br>*Counsel for defendant American Greetings Corporation* | Heather L. Kramer<br>Rathje Woodward LLC<br>300 E. Roosevelt Road<br>Suite 220<br>Wheaton, IL 60187<br>hkramer@rathjelaw.com<br><br>*Counsel for defendant Richard Carlson* |

CERTIFICATE OF SERVICE

    I, Jeffrey R. Kulwin, an attorney, hereby certify that the attached pleading was served upon all counsel of record via ECF filing on January 9, 2024.

                                           /s/ Jeffrey R. Kulwin